**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00901-CR

**WILLIE DAVID GRIFFIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MA-1363040-E**

## ORDER

The Court **GRANTS** appellant's December 8, 2014 "motion for additional time to comply with 10 day notice" as follows. We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, either a brief or a motion to dismiss the appeal that complies with Texas Rule of Appellate Procedure 42.2(a). No further extensions will be granted. If the brief or dismissal motion is not filed within the time specified, the Court will order the trial court to conduct a hearing in accordance with Texas Rule of Appellate Procedure 38.8(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/ LANA MYERS
   JUSTICE